UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-08206 |
| Andromeda T. Pearson | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter coming to be heard on the Motion of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Tiki Series III Trust to Modify the Automatic Stay, due notice having been given, and the court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion for Relief from the Automatic Stay against PU.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Tiki Series III Trust is granted pursuant to Section 362(d) of the United States Bankruptcy Code and U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Tiki Series III Trust shall have the right to proceed with mortgage foreclosure proceedings in connection with the real estate located at 12674 Preacher Powell Road, Carriere, MS 39426 (Real Estate).

2. Bankruptcy Rule 4001 (a)(3) is waived.

3. Claim #3 filed on 12-2-19 for pre-petition arrears is hereby withdrawn.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 11, 2022

**Prepared by:**

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1440
Chicago, IL 60602
847-641-5177; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com